IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YAHCOB SWINTON,** *Plaintiff,* : | **CIVIL ACTION** |
| v. : | **No. 18-5067** |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTH.**, *et al.*, *Defendants.* : | |

## ORDER

**AND NOW**, this 1st day of July 2020, following a non-jury trial in this matter and careful consideration of the parties' proposed findings of fact and conclusions of law, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED that JUDGMENT is entered in favor of Defendants on Count V of Plaintiff's Complaint.**

It is hereby further **ORDERED** that in accordance with the verdict of the jury, filed on January 9, 2020 (ECF No. 62), **JUDGMENT is entered in favor of Defendant SEPTA and against Plaintiff Yahcob Swinton on Counts I through IV of Plaintiff's Complaint.**

All matters having been disposed of, this matter is now **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.